# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

HARLEYSVILLE MUTUAL          )
INSURANCE COMPANY            )
                            )
v.                          )          NO. 2:02-CV-235
                            )
KINGSPORT PACKAGING         )
COMPANY, INC., *ET AL.*      )


## **O R D E R**

It is hereby **ORDERED** that the Motion to Set Trial, filed by the defendants, is **GRANTED**, [Doc. 55], and the trial of this matter is **SCHEDULED** for September 13, 2005.  It is also hereby  **ORDERED** that the following new dates are set in this cause:

1.   The parties shall depose  Fire Marshal Dennis Ledbedder on or before July 15, 2005.

2.   The parties shall exchange final exhibit lists, damage lists, designation of depositions, and witness lists no later than August 1, 2005.

2.  Motions in limine must be filed no later than August 17, 2005. Responses to motions in limine are due by August 24, 2005.

3.  The parties are reminded to file submit a copy of all motions,

responses, exhibits, and briefs for use by chambers.

        4. The final pretrial conference in this matter will be held before the Court on August 31, 2005 at 9:00 A.M. The parties are **DIRECTED** to review the scheduling order in this cause for a list of items that must be filed on that date.

        ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
